## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 14 | **DATE** | 6/13/2008 |
| **CASE TITLE** | USA vs. Joshua McElroy | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 6/13/2008. Defendant appears in response to arrest on 6/13/2008. Defendant informed of his rights. Ralph J. Schindler, Jr., is appointed as counsel for defendant. Government seeks detention. Preliminary examination hearing and detention hearing set for 6/17/2008 at 11:00 a.m. Defendant to remain in custody pending further court proceedings.

Docketing to mail notices.

00:04

FILED
2008 JUN 13 PM 3:10
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|