U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number: 08 CR 401-14

United States v. Isaiah Hicks, et al.

FILED
JUN 1 3 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOSHUA McELROY

| | |
|---|---|
| NAME (Type or print) <br> RALPH J. SCHINDLER, JR. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Ralph Schindler | |
| FIRM <br> LAW OFFICES OF RALPH J. SCHINDLER, JR. | |
| STREET ADDRESS <br> 53 WEST JACKSON BOULEVARD, SUITE 818 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 2484471 | TELEPHONE NUMBER <br> 312-554-1040 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ✓ | |