## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 14 | **DATE** | 6/17/2008 |
| **CASE TITLE** | USA vs. Joshua McElroy | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 6/17/2008. Order defendant detained as a flight risk and/or danger to the community pending further court proceedings. Preliminary examination hearing reset to 6/24/2008 at 4:00 p.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | IS |
|---|---|---|